COURT OF APPEALS 
SECOND DISTRICT OF TEXAS
FORT WORTH 
NO. 2-03-315-CV
 
 
IN RE FORT WORTH OSTEOPATHIC          
HOSPITAL, INC. D/B/A OSTEOPATHIC 
MEDICAL CENTER OF TEXAS, 
HEALTHCARE OF TEXAS D/B/A 
OSTEOPATHIC HEALTH SYSTEM OF 
TEXAS, MICHELLE ALLEN, R.N., 
NANCY BERNACKI, R.N., DIANA 
FINNELL, R.N., DIANE FLAHART, R.N., 
SHEILA FORD, R.N., LESLIE HAAS, R.N., 
EDWARD HORTON, R.N., CLAUDIA 
KIRKPATRICK, R.N., SUSAN LATTERELL, 
R.N., EVA MAYO, R.N., DEBRA PRICE, 
R.N., RONALD G. ROMO, R.N., CARRIE 
SAMPSON, R.N., DIANA SHULTZ, R.N., 
TINA SMITH, R.N., DEBI STEWART, R.N., 
SHARON WIGGINS, R.N., DEBORAH 
WILLIAMS, R.N. AND ZORANNA 
WILLIAMS, LVN                                                                      RELATORS

------------
ORIGINAL PROCEEDING
------------
MEMORANDUM OPINION



------------
        We have considered the parties’ “Agreed Motion To Dismiss Petition For
Writ Of Mandamus As Moot.” It is the court’s opinion that the motion should
be granted; therefore, we dismiss this original proceeding. 
        Costs of this original proceeding shall be taxed against the party incurring
same, for which let execution issue.
                                                                  PER CURIAM
PANEL B:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.
DELIVERED: November 19, 2003